**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL GILCHRIST, individually and d.b.a. APPLIANCE OUTLET CENTERS, INC. and BILSTEN'S APPLIANCE GALLERY, <br><br>Plaintiffs, <br><br>v. <br><br>PHIL GILCHRIST, individually and d.b.a. GILCHRIST APPLIANCE OUTLET, MADERA APPLIANCE OUTLET CENTER, INC, APPLIANCE OUTLET, and DOES 1-25, inclusive, <br><br>Defendants. | CV F 06-0737 AWI LJO <br><br>**ORDER SETTING BRIEFING ON PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND SETTING DATE FOR HEARING THEREON** <br><br>[Document # 12] |

In this action for trademark infringement and unfair competition, plaintiff Paul Gilchrist ("Plaintiff") has noticed for an application for temporary restraining order to prevent defendant Phil Gilchrist ("Defendant") from the use of trademarks, service marks and related marketing materials registered to Plaintiff. Because the request is not made *ex parte*, the court will set a schedule for opposition and reply briefing and will set a date for or argument on Plaintiff's request for temporary restraining order.

THEREFORE, it is hereby ordered that Defendants may file and serve an opposition to

Plaintiffs request for TRO not later than 4:00 p.m. Thursday, June 29, 2006. If Defendant does not oppose Plaintiffs request, Defendant shall file and serve a notice of non-opposition not later than 4:00 p.m. Thursday, June 29, 2006. Plaintiff may file and serve a reply brief not later than 4:00 p.m. Thursday, July 6, 2006. Hearing on Plaintiff's application for TRO shall be held at 1:30 p.m. on Tuesday, July 18, 2006, in department 2.

IT IS SO ORDERED.

Dated:    **June 13, 2006**              /s/ Anthony W. Ishii
0m8i78                          UNITED STATES DISTRICT JUDGE