IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL GILCHRIST, individually and d.b.a. APPLIANCE OUTLET CENTERS, INC. and BILSTEN'S APPLIANCE GALLERY, <br><br> Plaintiffs, <br><br> v. <br><br> PHIL GILCHRIST, individually and d.b.a. GILCHRIST APPLIANCE OUTLET, MADERA APPLIANCE OUTLET CENTER, INC, APPLIANCE OUTLET, and DOES 1-25, inclusive, <br><br> Defendants. | CV F 06-0737 AWI LJO <br><br> ORDER DISMISSING ACTION PURSUANT TO F.R.C.P. 41(a)(1) AND ORDERING CASE CLOSED |

    In this action for damages and injunctive relief, plaintiff Paul Gilchrist, individually and d.b.a. Bilstens's Appliance Outlet Centers, Inc. and Bilsten's Appliance Gallery ("Plaintiff") has moved to dismiss the action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The court has reviewed the docket report and has determined that no defendant has yet filed a motion for summary judgment or answer to the complaint. Therefore, the provisions of Rule 41(a)(1) apply.

    Rule 41(a)(1) of the Federal Rules of Civil Procedure provides, in pertinent part:

    (1) **By Plaintiff; by Stipulation**. . . . an action may be dismissed by the plaintiff

without order of court (i) by filing a notice of dismissal at any time before service
by the adverse party of an answer or of a motion for summary judgment,
whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all
parties who have appeared . . . .

Because no answer or motion for summary judgment has been filed in this case, Plaintiff is entitled to dismiss the action as a matter of law.

THEREFORE, it is hereby ordered that the above captioned action is hereby DISMISSED without prejudice.  All pending scheduled appearances by any party before the court are hereby VACATED. The Clerk of the Court shall CLOSE THE CASE.

IT IS SO ORDERED.

Dated:     **July 18, 2006**                                **/s/ Anthony W. Ishii**
0m8i78                                                      UNITED STATES DISTRICT JUDGE

2